FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

JUL 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  HYUNDAI AND KIA FUEL ECONOMY LITIGATION,<br><br>------------------------------<br><br>KEHLIE R. ESPINOSA; NICOLE MARIE HUNTER; JEREMY WILTON; KAYLENE P. BRADY; GUNTHER KRAUTH; ERIC GRAEWINGHOLT; REECE PHILIP THOMSON; ALEX MATURANI; NILUFAR REZAI; JACK ROTTNER; LYDIA KIEVIT; REBECCA SANDERS; BOBBY BRANDON ARMSTRONG; SERGIO TORRES; RICHARD WOODRUFF; MARSHALL LAWRENCE GORDON; JOEL A. LIPMAN; JAMES GUDGALIS; MARY P. HOESSLER; STEPHEN M. HAYES; BRIAN REEVES; SAM HAMMOND; MARK LEGGETT; EDWIN NAYTHONS; MICHAEL WASHBURN; IRA D. DUNST; BRIAN WEBER; KAMNEEL MAHARAJ; KIM IOCOVOZZI; HERBERT J. YOUNG; LINDA HASPER; LESLIE BAYARD; TRICIA FELLERS; ORLANDO ELLIOTT; JAMES BONSIGNORE; MARGARET SETSER; GUILLERMO QUIROZ; DOUGLAS KURASH; ANDRES CARULLO; LAURA S. SUTTA; GEORGIA L. THOMAS; ERIC J. OLSON; JENNIFER MYERS; TOM WOODWARD; JEROLD TERHOST; CAMERON JOHN CESTARO; DONALD BROWN; MARIA | No.   15-56014<br><br>D.C. No.<br>2:13-ml-02424-GW-FFM<br>Central District of California,<br>Los Angeles<br><br>**ORDER** |

FIGUEROA; CONSTANCE MARTYN; THOMAS GANIM; DANIEL BALDESCHI; LILLIAN E. LEVOFF; GIUSEPPINA ROBERTO; ROBERT TRADER; SEAN GOLDSBERRY; CYNTHIA NAVARRO; OWEN CHAPMAN; MICHAEL BREIN; TRAVIS BRISSEY; RONALD BURKARD; ADAM CLOUTIER; STEVEN CRAIG; JOHN J. DIXSON; ERIN L. FANTHORPE; ERIC HADESH; MICHAEL P. KEETH; JOHN KIRK MACDONALD; MICHAEL MANDAHL; NICHOLAS MCDANIEL; MARY J. MORAN-SPICUZZA; GARY PINCAS; BRANDON POTTER; THOMAS PURDY; ROCCO RENGHINI; MICHELLE SINGLTEON; KEN SMILEY; GREGORY M SONSTEIN; ROMAN STARNO; GAYLE A. STEPHENSON; ANDRES VILLICANA; RICHARD WILLIAMS; BRADFORD L. HIRSCH; ASHLEY CEPHAS; DAVID E. HILL; CHAD MCKINNEY; MORDECHAI SCHIFFER; LISA SANDS; DONALD KENDIG; KEVIN GOBEL; ERIC LARSON; LIN MCKINNEY; RYAN CROSS; PHILLIP HOFFMAN; DEBRA SIMMONS; ABELARDO MORALES; PETER BLUMER; CAROLYN HAMMOND; MELISSA LEGGETT; KELLY MOFFETT; EVAN GROGAN; CARLOS MEDINA; ALBERTO DOMINGUEZ; CATHERINE BERNARD; MICHAEL BREIEN; LAURA GILL; THOMAS SCHILLE; JUDITH STANTON; RANDY RICKERT; BRYAN ZIRKEL; JAMES KUNDRAT; ROBERT SMITH; MARIA KOTOVA; JOSIPA CASEY; LUAN SNYDER; BEN BAKER; BRIAN NGUYEN; HATTIE WILLIAMS;

BILL HOLVEY; LOURDES VARGAS; KENDALL SNYDER; NOMER MEDINA; SAMERIA GOFF; URSULA PYLAND; MARCELL CHAPMAN; KAYE KURASH; HOLLY AMROMIN; JOHN CHAPMAN; MARY D'ANGELO; GEORGE RUDY; AYMAN MOUSA; SHELLY HENDERSON; JEFFREY HATHAWAY; DENNIS J. MURPHY; DOUGLAS A. PATTERSON; JOHN GENTRY; LINDA RUTH SCOTT; DANIELLE KAY GILLELAND; JOSEPH BOWE; MICHAEL DESOUTO,

  Plaintiffs-Appellees,

GREG DIRENZO,

  Petitioner-Appellee,

HYUNDAI MOTOR AMERICA; KIA MOTORS AMERICA; KIA MOTORS CORPORATION; GROSSINGER AUTOPLEX, INC., FKA Grossinger Hyundai; JOHN KRAFCIK; HYUNDAI MOTOR COMPANY; SARAH KUNDRAT,

  Defendants-Appellees,

 v.

CAITLIN AHEARN; ANDREW YORK,

  Objectors-Appellants.

| | |
|---|---|
| In re: HYUNDAI AND KIA FUEL ECONOMY LITIGATION, <br><br> In Re, <br><br> ------------------------------ <br><br> KEHLIE R. ESPINOSA; NICOLE MARIE HUNTER; JEREMY WILTON; KAYLENE P. BRADY; GUNTHER KRAUTH; ERIC GRAEWINGHOLT; REECE PHILIP THOMSON; ALEX MATURANI; NILUFAR REZAI; JACK ROTTNER; LYDIA KIEVIT; REBECCA SANDERS; BOBBY BRANDON ARMSTRONG; SERGIO TORRES; RICHARD WOODRUFF; MARSHALL LAWRENCE GORDON; JOEL A. LIPMAN; JAMES GUDGALIS; MARY P. HOESSLER; STEPHEN M. HAYES; BRIAN REEVES; SAM HAMMOND; MARK LEGGETT; EDWIN NAYTHONS; MICHAEL WASHBURN; IRA D. DUNST; BRIAN WEBER; KAMNEEL MAHARAJ; KIM IOCOVOZZI; HERBERT J. YOUNG; LINDA HASPER; LESLIE BAYARD; TRICIA FELLERS; ORLANDO ELLIOTT; JAMES BONSIGNORE; MARGARET SETSER; GUILLERMO QUIROZ; DOUGLAS KURASH; ANDRES CARULLO; LAURA S. SUTTA; GEORGIA L. THOMAS; ERIC J. OLSON; JENNIFER MYERS; TOM WOODWARD; JEROLD TERHOST; CAMERON JOHN CESTARO; DONALD BROWN; MARIA FIGUEROA; CONSTANCE MARTYN; THOMAS GANIM; DANIEL BALDESCHI; LILLIAN E. LEVOFF; GIUSEPPINA ROBERTO; ROBERT | No. 15-56025 <br><br> D.C. No. 2:13-ml-02424-GW-FFM |

TRADER; SEAN GOLDSBERRY; CYNTHIA NAVARRO; OWEN CHAPMAN; MICHAEL BREIN; TRAVIS BRISSEY; RONALD BURKARD; ADAM CLOUTIER; STEVEN CRAIG; JOHN J. DIXSON; ERIN L. FANTHORPE; ERIC HADESH; MICHAEL P. KEETH; JOHN KIRK MACDONALD; MICHAEL MANDAHL; NICHOLAS MCDANIEL; MARY J. MORAN-SPICUZZA; GARY PINCAS; BRANDON POTTER; THOMAS PURDY; ROCCO RENGHINI; MICHELLE SINGLTEON; KEN SMILEY; GREGORY M SONSTEIN; ROMAN STARNO; GAYLE A. STEPHENSON; ANDRES VILLICANA; RICHARD WILLIAMS; BRADFORD L. HIRSCH; ASHLEY CEPHAS; DAVID E. HILL; CHAD MCKINNEY; MORDECHAI SCHIFFER; LISA SANDS; DONALD KENDIG; KEVIN GOBEL; ERIC LARSON; LIN MCKINNEY; RYAN CROSS; PHILLIP HOFFMAN; DEBRA SIMMONS; ABELARDO MORALES; PETER BLUMER; CAROLYN HAMMOND; MELISSA LEGGETT; KELLY MOFFETT; EVAN GROGAN; CARLOS MEDINA; ALBERTO DOMINGUEZ; CATHERINE BERNARD; MICHAEL BREIEN; LAURA GILL; THOMAS SCHILLE; JUDITH STANTON; RANDY RICKERT; BRYAN ZIRKEL; JAMES KUNDRAT; ROBERT SMITH; MARIA KOTOVA; JOSIPA CASEY; LUAN SNYDER; BEN BAKER; BRIAN NGUYEN; HATTIE WILLIAMS; BILL HOLVEY; LOURDES VARGAS; KENDALL SNYDER; NOMER MEDINA; SAMERIA GOFF; URSULA PYLAND; MARCELL CHAPMAN; KAYE KURASH;

HOLLY AMROMIN; JOHN CHAPMAN; MARY D'ANGELO; GEORGE RUDY; AYMAN MOUSA; SHELLY HENDERSON; JEFFREY HATHAWAY; DENNIS J. MURPHY; DOUGLAS A. PATTERSON; JOHN GENTRY; LINDA RUTH SCOTT; DANIELLE KAY GILLELAND; JOSEPH BOWE; MICHAEL DESOUTO,

Plaintiffs-Appellees,

GREG DIRENZO,

Petitioner-Appellee,

HYUNDAI MOTOR AMERICA; KIA MOTORS AMERICA; KIA MOTORS CORPORATION; GROSSINGER AUTOPLEX, INC., FKA Grossinger Hyundai; JOHN KRAFCIK; HYUNDAI MOTOR COMPANY; SARAH KUNDRAT,

Defendants-Appellees,

v.

ANTONIO SBERNA,

Objector-Appellant,

6

| | |
|---|---|
| In re: HYUNDAI AND KIA FUEL ECONOMY LITIGATION<br><br>------------------------------<br><br>KEHLIE R. ESPINOSA; NICOLE MARIE HUNTER; JEREMY WILTON; KAYLENE P. BRADY; GUNTHER KRAUTH; ERIC GRAEWINGHOLT; REECE PHILIP THOMSON; ALEX MATURANI; NILUFAR REZAI; JACK ROTTNER; LYDIA KIEVIT; REBECCA SANDERS; BOBBY BRANDON ARMSTRONG; SERGIO TORRES; RICHARD WOODRUFF; MARSHALL LAWRENCE GORDON; JOEL A. LIPMAN; JAMES GUDGALIS; MARY P. HOESSLER; STEPHEN M. HAYES; BRIAN REEVES; SAM HAMMOND; MARK LEGGETT; EDWIN NAYTHONS; MICHAEL WASHBURN; IRA D. DUNST; BRIAN WEBER; KAMNEEL MAHARAJ; KIM IOCOVOZZI; HERBERT J. YOUNG; LINDA HASPER; LESLIE BAYARD; TRICIA FELLERS; ORLANDO ELLIOTT; JAMES BONSIGNORE; MARGARET SETSER; GUILLERMO QUIROZ; DOUGLAS KURASH; ANDRES CARULLO; LAURA S. SUTTA; GEORGIA L. THOMAS; ERIC J. OLSON; JENNIFER MYERS; TOM WOODWARD; JEROLD TERHOST; CAMERON JOHN CESTARO; DONALD BROWN; MARIA FIGUEROA; CONSTANCE MARTYN; THOMAS GANIM; DANIEL BALDESCHI; LILLIAN E. LEVOFF; GIUSEPPINA ROBERTO; ROBERT TRADER; SEAN GOLDSBERRY; CYNTHIA NAVARRO; OWEN | No. 15-56059<br><br>D.C. No.<br>2:13-ml-02424-GW-FFM |

7

CHAPMAN; MICHAEL BREIN; TRAVIS BRISSEY; RONALD BURKARD; ADAM CLOUTIER; STEVEN CRAIG; JOHN J. DIXSON; ERIN L. FANTHORPE; ERIC HADESH; MICHAEL P. KEETH; JOHN KIRK MACDONALD; MICHAEL MANDAHL; NICHOLAS MCDANIEL; MARY J. MORAN-SPICUZZA; GARY PINCAS; BRANDON POTTER; THOMAS PURDY; ROCCO RENGHINI; MICHELLE SINGLTEON; KEN SMILEY; GREGORY M SONSTEIN; ROMAN STARNO; GAYLE A. STEPHENSON; ANDRES VILLICANA; RICHARD WILLIAMS; BRADFORD L. HIRSCH; ASHLEY CEPHAS; DAVID E. HILL; CHAD MCKINNEY; MORDECHAI SCHIFFER; LISA SANDS; DONALD KENDIG; KEVIN GOBEL; ERIC LARSON; LIN MCKINNEY; RYAN CROSS; PHILLIP HOFFMAN; DEBRA SIMMONS; ABELARDO MORALES; PETER BLUMER; CAROLYN HAMMOND; MELISSA LEGGETT; KELLY MOFFETT; EVAN GROGAN; CARLOS MEDINA; ALBERTO DOMINGUEZ; CATHERINE BERNARD; MICHAEL BREIEN; LAURA GILL; THOMAS SCHILLE; JUDITH STANTON; RANDY RICKERT; BRYAN ZIRKEL; JAMES KUNDRAT; ROBERT SMITH; MARIA KOTOVA; JOSIPA CASEY; LUAN SNYDER; BEN BAKER; BRIAN NGUYEN; HATTIE WILLIAMS; BILL HOLVEY; LOURDES VARGAS; KENDALL SNYDER; NOMER MEDINA; SAMERIA GOFF; URSULA PYLAND; MARCELL CHAPMAN; KAYE KURASH; HOLLY AMROMIN; JOHN CHAPMAN; MARY D'ANGELO; GEORGE RUDY;

AYMAN MOUSA; SHELLY HENDERSON; JEFFREY HATHAWAY; DENNIS J. MURPHY; DOUGLAS A. PATTERSON; JOHN GENTRY; LINDA RUTH SCOTT; DANIELLE KAY GILLELAND; JOSEPH BOWE; MICHAEL DESOUTO,

                  Plaintiffs-Appellees,

GREG DIRENZO,

                  Petitioner-Appellee,

HYUNDAI MOTOR AMERICA; KIA MOTORS AMERICA; KIA MOTORS CORPORATION; GROSSINGER AUTOPLEX, INC., FKA Grossinger Hyundai; JOHN KRAFCIK; HYUNDAI MOTOR COMPANY; SARAH KUNDRAT,

                  Defendants-Appellees,

  v.

PERI FETSCH,

                  Objector-Appellant.

| In re: HYUNDAI AND KIA FUEL ECONOMY LITIGATION | No. 15-56061 |
|---|---|
| | D.C. No. 2:13-ml-02424-GW-FFM |

------------------------------

KEHLIE R. ESPINOSA; NICOLE MARIE HUNTER; JEREMY WILTON; KAYLENE P. BRADY; GUNTHER KRAUTH; ERIC GRAEWINGHOLT; REECE PHILIP THOMSON; ALEX MATURANI; NILUFAR REZAI; JACK ROTTNER; LYDIA KIEVIT; REBECCA SANDERS; BOBBY BRANDON ARMSTRONG; SERGIO TORRES; RICHARD WOODRUFF; MARSHALL LAWRENCE GORDON; JOEL A. LIPMAN; JAMES GUDGALIS; MARY P. HOESSLER; STEPHEN M. HAYES; BRIAN REEVES; SAM HAMMOND; MARK LEGGETT; EDWIN NAYTHONS; MICHAEL WASHBURN; IRA D. DUNST; BRIAN WEBER; KAMNEEL MAHARAJ; KIM IOCOVOZZI; HERBERT J. YOUNG; LINDA HASPER; LESLIE BAYARD; TRICIA FELLERS; ORLANDO ELLIOTT; JAMES BONSIGNORE; MARGARET SETSER; GUILLERMO QUIROZ; DOUGLAS KURASH; ANDRES CARULLO; LAURA S. SUTTA; GEORGIA L. THOMAS; ERIC J. OLSON; JENNIFER MYERS; TOM WOODWARD; JEROLD TERHOST; CAMERON JOHN CESTARO; DONALD BROWN; MARIA FIGUEROA; CONSTANCE MARTYN; THOMAS GANIM; DANIEL BALDESCHI; LILLIAN E. LEVOFF; GIUSEPPINA ROBERTO; ROBERT TRADER; SEAN GOLDSBERRY;

10

CYNTHIA NAVARRO; OWEN CHAPMAN; MICHAEL BREIN; TRAVIS BRISSEY; RONALD BURKARD; ADAM CLOUTIER; STEVEN CRAIG; JOHN J. DIXSON; ERIN L. FANTHORPE; ERIC HADESH; MICHAEL P. KEETH; JOHN KIRK MACDONALD; MICHAEL MANDAHL; NICHOLAS MCDANIEL; MARY J. MORAN-SPICUZZA; GARY PINCAS; BRANDON POTTER; THOMAS PURDY; ROCCO RENGHINI; MICHELLE SINGLTEON; KEN SMILEY; GREGORY M SONSTEIN; ROMAN STARNO; GAYLE A. STEPHENSON; ANDRES VILLICANA; RICHARD WILLIAMS; BRADFORD L. HIRSCH; ASHLEY CEPHAS; DAVID E. HILL; CHAD MCKINNEY; MORDECHAI SCHIFFER; LISA SANDS; DONALD KENDIG; KEVIN GOBEL; ERIC LARSON; LIN MCKINNEY; RYAN CROSS; PHILLIP HOFFMAN; DEBRA SIMMONS; ABELARDO MORALES; PETER BLUMER; CAROLYN HAMMOND; MELISSA LEGGETT; KELLY MOFFETT; EVAN GROGAN; CARLOS MEDINA; ALBERTO DOMINGUEZ; CATHERINE BERNARD; MICHAEL BREIEN; LAURA GILL; THOMAS SCHILLE; JUDITH STANTON; RANDY RICKERT; BRYAN ZIRKEL; JAMES KUNDRAT; ROBERT SMITH; MARIA KOTOVA; JOSIPA CASEY; LUAN SNYDER; BEN BAKER; BRIAN NGUYEN; HATTIE WILLIAMS; BILL HOLVEY; LOURDES VARGAS; KENDALL SNYDER; NOMER MEDINA; SAMERIA GOFF; URSULA PYLAND; MARCELL CHAPMAN; KAYE KURASH; HOLLY AMROMIN; JOHN CHAPMAN;

MARY D'ANGELO; GEORGE RUDY; AYMAN MOUSA; SHELLY HENDERSON; JEFFREY HATHAWAY; DENNIS J. MURPHY; DOUGLAS A. PATTERSON; JOHN GENTRY; LINDA RUTH SCOTT; DANIELLE KAY GILLELAND; JOSEPH BOWE; MICHAEL DESOUTO,

                    Plaintiffs-Appellees,

GREG DIRENZO,

                    Petitioner-Appellee,


HYUNDAI MOTOR AMERICA; KIA MOTORS AMERICA; KIA MOTORS CORPORATION; GROSSINGER AUTOPLEX, INC., FKA Grossinger Hyundai; JOHN KRAFCIK; HYUNDAI MOTOR COMPANY; SARAH KUNDRAT,

                    Defendants-Appellees,

    v.

DANA ROLAND,

                    Objector-Appellant.

| | |
|---|---|
| In re: HYUNDAI AND KIA FUEL ECONOMY LITIGATION, | No. 15-56064 |
| | D.C. No. 2:13-ml-02424-GW-FFM |

------------------------------

KEHLIE R. ESPINOSA; NICOLE MARIE HUNTER; JEREMY WILTON; KAYLENE P. BRADY; GUNTHER KRAUTH; ERIC GRAEWINGHOLT; REECE PHILIP THOMSON; ALEX MATURANI; NILUFAR REZAI; JACK ROTTNER; LYDIA KIEVIT; REBECCA SANDERS; BOBBY BRANDON ARMSTRONG; SERGIO TORRES; RICHARD WOODRUFF; MARSHALL LAWRENCE GORDON; JOEL A. LIPMAN; JAMES GUDGALIS; MARY P. HOESSLER; STEPHEN M. HAYES; BRIAN REEVES; SAM HAMMOND; MARK LEGGETT; EDWIN NAYTHONS; MICHAEL WASHBURN; IRA D. DUNST; BRIAN WEBER; KAMNEEL MAHARAJ; KIM IOCOVOZZI; HERBERT J. YOUNG; LINDA HASPER; LESLIE BAYARD; TRICIA FELLERS; ORLANDO ELLIOTT; JAMES BONSIGNORE; MARGARET SETSER; GUILLERMO QUIROZ; DOUGLAS KURASH; ANDRES CARULLO; LAURA S. SUTTA; GEORGIA L. THOMAS; ERIC J. OLSON; JENNIFER MYERS; TOM WOODWARD; JEROLD TERHOST; CAMERON JOHN CESTARO; DONALD BROWN; MARIA FIGUEROA; CONSTANCE MARTYN; THOMAS GANIM; DANIEL BALDESCHI; LILLIAN E. LEVOFF; GIUSEPPINA ROBERTO; ROBERT TRADER; SEAN GOLDSBERRY;

13

CYNTHIA NAVARRO; OWEN CHAPMAN; MICHAEL BREIN; TRAVIS BRISSEY; RONALD BURKARD; ADAM CLOUTIER; STEVEN CRAIG; JOHN J. DIXSON; ERIN L. FANTHORPE; ERIC HADESH; MICHAEL P. KEETH; JOHN KIRK MACDONALD; MICHAEL MANDAHL; NICHOLAS MCDANIEL; MARY J. MORAN-SPICUZZA; GARY PINCAS; BRANDON POTTER; THOMAS PURDY; ROCCO RENGHINI; MICHELLE SINGLTEON; KEN SMILEY; GREGORY M SONSTEIN; ROMAN STARNO; GAYLE A. STEPHENSON; ANDRES VILLICANA; RICHARD WILLIAMS; BRADFORD L. HIRSCH; ASHLEY CEPHAS; DAVID E. HILL; CHAD MCKINNEY; MORDECHAI SCHIFFER; LISA SANDS; DONALD KENDIG; KEVIN GOBEL; ERIC LARSON; LIN MCKINNEY; RYAN CROSS; PHILLIP HOFFMAN; DEBRA SIMMONS; ABELARDO MORALES; PETER BLUMER; CAROLYN HAMMOND; MELISSA LEGGETT; KELLY MOFFETT; EVAN GROGAN; CARLOS MEDINA; ALBERTO DOMINGUEZ; CATHERINE BERNARD; MICHAEL BREIEN; LAURA GILL; THOMAS SCHILLE; JUDITH STANTON; RANDY RICKERT; BRYAN ZIRKEL; JAMES KUNDRAT; ROBERT SMITH; MARIA KOTOVA; JOSIPA CASEY; LUAN SNYDER; BEN BAKER; BRIAN NGUYEN; HATTIE WILLIAMS; BILL HOLVEY; LOURDES VARGAS; KENDALL SNYDER; NOMER MEDINA; SAMERIA GOFF; URSULA PYLAND; MARCELL CHAPMAN; KAYE KURASH; HOLLY AMROMIN; JOHN CHAPMAN;

MARY D'ANGELO; GEORGE RUDY; AYMAN MOUSA; SHELLY HENDERSON; JEFFREY HATHAWAY; DENNIS J. MURPHY; DOUGLAS A. PATTERSON; JOHN GENTRY; DANIELLE KAY GILLELAND; JOSEPH BOWE; MICHAEL DESOUTO,

Plaintiffs-Appellees,

GREG DIRENZO,

Petitioner-Appellee,

HYUNDAI MOTOR AMERICA; KIA MOTORS AMERICA; KIA MOTORS CORPORATION; GROSSINGER AUTOPLEX, INC., FKA Grossinger Hyundai; JOHN KRAFCIK; HYUNDAI MOTOR COMPANY; SARAH KUNDRAT,

Defendants-Appellees.

v.

LINDA RUTH SCOTT,

Objector-Appellant.

15

| In re: HYUNDAI AND KIA FUEL ECONOMY LITIGATION<br><br>------------------------------<br><br>JOHN GENTRY; LINDA RUTH SCOTT; DANIELLE KAY GILLELAND; JOSEPH BOWE; MICHAEL DESOUTO,<br><br>Plaintiffs,<br><br> and<br><br>JAMES BEN FEINMAN,<br><br>Appellant,<br><br> v.<br><br>HYUNDAI MOTOR AMERICA; KIA MOTORS AMERICA; KIA MOTORS CORPORATION; GROSSINGER AUTOPLEX, INC., FKA Grossinger Hyundai; JOHN KRAFCIK; HYUNDAI MOTOR COMPANY; SARAH KUNDRAT,<br><br>Defendants-Appellees. | No. 15-56067<br><br>D.C. No. 2:13-ml-02424-GW-FFM |
| --- | --- |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in these cases shall not be cited as precedent by or to any court of the Ninth Circuit.

16

Judges Wardlaw and Callahan did not participate in the deliberations or vote in these cases.